# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### TAMPA DIVISION

**UNITED STATES OF AMERICA**

**-vs-**                                                        Case No.  8:04-cr-103-T- 24MAP

**JOHN JACOB MCCASKILL**

_____

## JUDGMENT ON REVOCATION OF SUPERVISED RELEASE

This matter came before the Court on September 21, 2006 for consideration of a Report and Recommendation rendered by Magistrate Judge Karla R. Spaulding (Doc. No. 33), after a Final Probation Revocation Hearing on a Petition for Revocation filed by the Probation Officer on February 3, 2006. The Defendant was represented at the hearing by Peter Warren Kenny, Esquire, United States Federal Public Defender's Office.

Having heard from the parties, it is

**ORDERED AND ADJUDGED** that Defendant's supervised release is hereby revoked and the defendant is committed to the custody of the United States Bureau of Prisons to be incarcerated for a term of 18 months. This term of imprisonment shall be consecutive to the 18 month sentence imposed in 6:06-Cr-18-Orl-31KRS. The Court will recommend that the defendant be incarcerated at the facility located at Rochester, Minnesota, that he receive mental health treatment, and that he be considered for a highly structured half-way house prior to his release.

It is **FURTHER ORDERED** that upon release from imprisonment, Defendant is released from further supervision by this Court in this case.

**DATED AND ORDERED** on September 25, 2006 in Orlando, Florida.

GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:
United States Marshal
United States Attorney
United States Probation Office
United States Pretrial Services Office
Counsel for Defendant